ORDERED UNSEALED on 11/29/2024   s/ andreasar

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN BELTRAN a/k/a "Rebel",<br><br>　　　　　Defendant. | Case No.: '24 MJ4412<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

　　The undersigned complainant being duly sworn states:

<u>COUNT ONE</u>

　　On or about October 17, 2024, within the Southern District of California, defendant Juan BELTRAN knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possessed ammunition that traveled in and affected interstate commerce, to wit: five (5) rounds of 9mm ammuntion; in violation of Title 18, United States Code, Section 922(g)(1).

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　AUSTIN SAILOR
　　　　　　　　　　　　　　　　　SPECIAL AGENT, ATF

　　Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this _22_ day of November 2024.

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　HON. ALLISON H. GODDARD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On October 17, 2024, at approximately 11:15 p.m., San Diego County Sheriff's Department Officers responded to a reported physical altercation between a male and female near Connor's Park and 320 West San Marcos Boulevard, which is within the Southern District of Calfiornia. The male was described as a Hispanic male wearing a blue baseball cap and the female was described as wearing a white t-shirt and blue jeans shorts. Upon arriving at that area, the Officers observed two individuals matching the descriptions provided. The female was seated on a park bench and the male subject was standing over her. Police observed the male subject was very animated and appeared angry. The male was later identified as Juan BELTRAN and the female was identified as C.P.

As police approached the two individuals, BELTRAN began walking towards the Officers and still appeared to be angry. BELTRAN was wearing a gray satchel across his chest. The Officers detained BELTRAN in handcuffs for officer safety and removed the gray satchel from BELTRAN's body and put the satchel on a park bench. The Officers told BELTRAN that they were investigating a possible domestic violence dispute, which appeared to make BELTRAN angrier. During a weapons pat down of BELTRAN, Officers recovered three pocketknives from his right waistband.

BELTRAN told police he and C.P. were not fighting nor arguing. C.P. told police she and BELTRAN were "play fighthing" before police arrived. A records check revealed BELTRAN was a convicted felon and a documented member of the "Escondido Diablos" street gang with an a/k/a of "Rebel." The records check also revealed BELTRAN to have multiple felony convictions relating to gun possession.

As police spoke with BELTRAN they noticed that his gray satchel had been moved from the bench and that C.P. was holding it and had moved it to a separate bench where she was sitting. Police conducted a pat down of the outside portion of the fanny pack and felt a bulbous item within the top zipper portion and also felt the bottom of an object shaped like a handgun magazine within the main compartment of the satchel.

Police opened the satchel, and found a glass pipe that could be used to smoke methamphetamine as well as a baggie containing suspected methamphetamine. Also within the satchel was a wallet containing BELTRAN's identification, a 9mm polymer-80 firearm (commonly referred to as a "ghost gun") loaded with a magazine containing approximately five (5) rounds of 9mm ammunition.

Records checks on BELTRAN revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 8/14/2008 | CASC – Vista | Cal. P.C. §459—Burglary (Felony) | 120 Days Jail; 3 Years Probation |
| 10/07/2009 | CASC – Vista | Cal. P.C. §12010(A)—Possess Dangerous Weapon (Felony) | 16 Months Prison |
| 8/1/2016 | CASC- Vista | Cal. P.C. §273A(A)—Child Cruelty with Possible Injury or Death (Felony) | 4 Years Probation |
| 8/30/2019 | CASC – Vista | Cal. P.C. §29800(A)(1)—Felon in Possession of a Firearm (Felony) | 2 Years Prison |
| 9/7/2022 | CASC – Vista | Cal. H&S §11351—Possess Narcotics for Sale (Felony) | 2 Years Prison |

The 9mm ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

//
//
//

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.